STERLING BELL, APPELLANT, v. SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 7233

May 30, 1973                                    510 P.2d 293

*Raymond E. Sutton,* of Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *Roy A. Woofter,* District Attorney, and *Lawrence R. Leavitt,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

Appellant's sole contention in this appeal from the denial of pre-trial habeas relief is that the evidence adduced at the preliminary examination was insufficient to establish probable cause to order him to stand trial for murder. The contention is without merit. NRS 171.206. See Miner v. Lamb, 86 Nev. 54, 464 P.2d 451 (1970).

Affirmed.